**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02605-CMA-KMT

HOWARD D. KREPACK,

    Plaintiff,

v.

JAY FRIEDSTEIN,

    Defendant.

---

**ORDER RESPONSE TO MOTION TO REASSIGN MAGISTRATE JUDGE**

---

This matter is before the Court on Plaintiff's Motion to Reassign Magistrate Judge (Doc. # 4). Defendant is hereby

ORDERED to file a written response to Plaintiff's motion to reassign in writing with the Court on or before <u>February 20, 2009</u>.

DATED: February __9__, 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge