**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 08-cv-02605-CMA-LTM

HOWARD D. KREPACK,

    Plaintiff,

vs.

JAY FRIEDSTEIN,

    Defendant.

---

**ORDER RE:  PLAINTIFF'S MOTION TO COMPEL (docket # 39)**

---

The Court has reviewed Plaintiff's Motion to Compel (docket # 39) and Defendant's Response thereto (docket # 41) that requests a thirty (30) day extension to file an amended response it its response to Plaintiff's requests for admissions that are at issue.  Since no reply has been timely filed by Plaintiff to Defendant's request for additional time, the Court, hereby

GRANTS Defendant's request and hereby ORDERS Defendant to file an amended response to Plaintiff's requests for admissions on or before November 23, 2009.

DATED at Grand Junction, Colorado, this 12th day of November, 2009.

                                                  BY THE COURT:

                                                  s/Laird T. Milburn
                                                  _____
                                                  Laird T. Milburn
                                                  United States Magistrate Judge