**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 08-cv-02605-CMA-LTM

HOWARD D. KREPACK,

    Plaintiff,

vs.

JAY FRIEDSTEIN,

    Defendant.

---

### ORDER RE: PLAINTIFF'S MOTION FOR RECONSIDERATION (docket # 44)

---

The Court, after review of Plaintiff's Motion for Reconsideration (docket # 44) and its Order dated November 12, 2009 (docket # 43) hereby **DENIES** Plaintiff's Motion for Reconsideration.

DATED at Grand Junction, Colorado, this 9th day of December, 2009.

                        BY THE COURT:

                        s/Laird T. Milburn
                        _____
                        Laird T. Milburn
                        United States Magistrate Judge