**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 08-cv-02605-CMA-LTM

HOWARD D. KREPACK,

    Plaintiff,

vs.

JAY FRIEDSTEIN,

    Defendant.

---

**ORDER RE: DEFENDANT'S RESPONSE (docket # 41)
TO PLAINTIFF'S MOTION TO COMPEL (docket # 39)**

---

Based upon the Defendant's response (docket # 41) to Plaintiff's Motion to Compel (docket # 39) and the Court's Order of November 12, 2009 (docket # 43) and December 09, 2009 Plaintiff's Motion to Compel, the Court hereby **DENIES** Plaintiff's Motion to Compel referenced above.

DATED at Grand Junction, Colorado, this 16th day of December, 2009.

                                               BY THE COURT:

                                               s/Laird T. Milburn

                                               Laird T. Milburn
                                               United States Magistrate Judge